UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL NO. 1:07CR45

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | ORDER DISMISSING NOTICE OF |
| v. | ) | FORFEITURE AND CONSENT ORDER |
| | ) | OF FORFEITURE |
| JAMES SCOTT DONNELLY | ) | WITH PREJUDICE |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Government's motion to dismiss the Notice of Forfeiture in the Bill of Information and Consent Order of Forfeiture with prejudice.

For cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion to dismiss is **ALLOWED**, and the Notice of Forfeiture in the Bill of Information and Consent Order of Forfeiture are hereby **DISMISSED WITH PREJUDICE.**

Signed: December 5, 2007

Lacy H. Thornburg
United States District Judge